JS-6

G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
TAWONIA WASHINGTON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAWONIA WASHINGTON | Case No.: EDCV12-1570-CAS |
| Plaintiff, | [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |
| DRICO RECOVERY SERVICES, INC..; DOES 1 – 10, inclusive. | |
| Defendants. | |

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff TAWONIA WASHINGTON against Defendant DRICO RECOVERY SERVICES are dismissed, with prejudice.  Plaintiff TAWONIA WASHINGTON and Defendant DRICO RECOVERY SERVICES shall each bear their own costs and attorneys' fees.

Date: November 13, 2012

*Christina A. Snyder*
JUDGE, United States District Court,
Central District of California

[PROPOSED] ORDER OF DISMISSAL
- 1 -